JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHARON PAIGE,<br><br>   Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILIES EXCHANGE, INC., and AT&T CORP.,<br><br>   Defendants. | Case No. 2:21-cv-01270-APG-VCF<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from August 11, 2021 through and including **September 10, 2021**.  The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 5th day of August, 2021.

| | | |
|---|---|---|
| 1 | | |
| 2 | CLARK HILL PLLC | ***No opposition*** |
| 3 | By: /s/*Jeremy J. Thompson*<br>Jeremy J. Thompson | /s/*Michael Kind*<br>Michael Kind, Esq. |
| 4 | Nevada Bar No. 12503<br>3800 Howard Hughes Pkwy, | Nevada Bar No. 13903<br>KIND LAW |
| 5 | Suite 500<br>Las Vegas, NV 89169 | 8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123 |
| 6 | Tel: (702) 862-8300<br>Fax: (702) 862-8400 | Phone: (702) 337-2322<br>Fax: (702) 329-5881 |
| 7 | Email: jthompson@clarkhill.com | Email: mk@kindlaw.com |
| 8 | *Attorney for Defendant National Consumer* | George Haines, Esq. |
| 9 | *Telecom & Utilities Exchange, Inc.* | Nevada Bar No. 9411<br>Gerardo Avalos |
| 10 | | Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC |
| 11 | | 8985 S. Eastern Ave., Suite 350 |
| 12 | | Henderson, NV 89123<br>Phone: (702) 880-5554 |
| 13 | | Fax: (702) 385-5518 |
| 14 | | *Attorneys for Plaintiff* |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | IT IS SO ORDERED: | |
| 20 | [signature] | |
| 21 | _____<br>United States Magistrate Judge | |
| 22 | DATED:  8-6-2021 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 5th day of August, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com